UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPREAD TRADE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FASI FILIAGA, <br><br> Defendant. | Case Number |

```
FILED: SEPTEMBER 2, 2008
08CV4969
JUDGE COAR
MAGISTRATE JUDGE DENLOW
TG
```

## PLAINTIFF'S VERIFIED PETITION
## FOR A TEMPORARY RESTRAINING ORDER

Plaintiff, Spread Trade Systems, Inc. ("STS") by its Attorneys, Jeffrey C. Blumenthal and Karl L. Felbinger, for its Verified Petition for a Temporary Restraining Order against Fasi Filiaga ("Filiaga"), states as follows:

1-44. Plaintiff adopts and incorporates as paragraphs 1 through 44 of this Petition, the sworn allegations contained in paragraphs 1 through 44 of the Verified Complaint filed by Plaintiff STS in this case.

45. Unless a temporary restraining order is granted (and, upon appropriate hearing, a preliminary injunction issues), Defendant Filiaga will continue to wrongfully advertise his investment strategies book and investment strategies educational seminars using Plaintiff's "No Fear Investing" Trademark in violation of 15 U.S.C. §1125 (a) and 815 ILSC § 510/1 et. seq., to the immediate and irreparable harm of Plaintiff, for which there is no adequate remedy at law.

46. In light of Filaga's August 26, 2008 threat to promptly take unilateral action interfering with STS's marketing relationship with Kaizen (as set forth in ¶¶37-38 of the Complaint), STS faces the prospect of imminent and irreparable damage to

its business, goodwill and reputation, for which there is no adequate remedy at law, unless a temporary restraining order is granted (and, upon appropriate hearing, a preliminary injunction issues).

47. Plainiff has a likelihood of success on the merits of its Complaint.

WHEREFORE, Plaintiff Spread Trade Systems, Inc. prays that this Court:

(A) Enter a temporary restraining order, and upon hearing a preliminary injunction, that restrains and enjoins the Defendant, Fasi Faliaga, his employees, agents and/or representatives from (i) using the term "No Fear Investing" or any other confusingly or substantially similar name, logo or term or any colorable imitation of the same in the marketing of any business, goods or services; and (ii) doing any other act or thing likely to induce the belief that Defendant's business or goods and/or services are in any way connected with Plaintiff's business, goods or services;

(B) Enter a temporary restraining order, and upon hearing a preliminary injunction, that enjoins and restrains the Defendant, Fasi Faliaga, his employees, agents and/or representatives from taking any unilateral or "self-help" action that interferes with the business relationship between Plaintiff, STS and Kaizen Marketing Group, LLC, including, but not limited to, contacting STS's students and/or STS's suppliers, vendors or business associates regarding the business relationship between STS and Kaizen Marketing Group, LLC; and,

(C) Award Plaintiff such further relief as the Court deems just and appropriate.

Respectfully submitted,
Plaintiff, Spread Trade Systems, Inc.

By: __/s/Jeffrey C. Blumenthal__
One of its Attorneys

Jeffrey C. Blumenthal
ARDC #3124049
Karl L. Felbinger Jr.
ARDC #6212222
Jeffrey C. Blumenthal Chartered
2970 Maria Avenue, Suite 223
Northbrook, Illinois 60062
Telephone: (847) 498-3220
Facsimile: (847) 498-3221
E-mail: jcblaw@Ameritech.net

## VERIFICATION

Mark Ely, being first duly sworn on oath, deposes and states that he is the President of Spread Trade Systems and that the statements set forth in the foregoing Verified Petition for a Temporary Restraining order are true and correct, except as to matters stated to be on information and belief and as to such matters the undersigned verily believes the same to be true.

_____
Mark Ely

Signed and Sworn to
before me this 29th
day of August, 2008

_____
Notary Public

"OFFICIAL SEAL"
Rebecca Millhouse
Notary Public, State of Illinois
DuPage County
My Commission Expires June 27, 2009

3