# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
SPREAD TRADE SYSTEMS, INC.,  
        Plaintiff,  
v.  
FASI FILIAGA,  
        Defendant.

Case Number: 08cv4969

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff SPREAD TRADE SYSTEMS, INC.

| | |
|---|---|
| NAME (Type or print) <br> JEFFREY C. BLUMENTHAL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JCB/ | |
| FIRM <br> JEFFREY C. BLUMENTHAL CHARTERED | |
| STREET ADDRESS <br> 2970 Maria Avenue, Suite 223 | |
| CITY/STATE/ZIP <br> Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC#3124049 | TELEPHONE NUMBER <br> 847-498-3220 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |