UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| SPREAD TRADE SYSTEMS, INC., ) | |
| ) | Case No. 08cv4969 |
| Plaintiff, ) | |
| v. ) | Judge David H. Coar |
| ) | |
| FASI FILIAGA, ) | Magistrate Judge Morton Denlow |
| Defendant. ) | |

### NOTICE OF MOTION
### FOR PLAINTIFF'S VERIFIED PETITION
### FOR A TEMPORARY RESTRAINING ORDER

To:   Fasi Filiaga
      1350 South Bernardo Avenue
      Sunnyvale, CA 94087

PLEASE TAKE NOTICE, that on Tuesday, September 16, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar, in Courtroom 1419 of the United States District Court for the Northern Illinois Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present the undersigned's Verified Petition for a Temporary Restraining Order, a copy of which Petition is tendered to you herewith.

Respectfully submitted,
Plaintiff, Spread Trade Systems, Inc.

By:   /s/Jeffrey C. Blumenthal
      One of its Attorneys

Jeffrey C. Blumenthal
ARDC #3124049
Karl L. Felbinger
ARDC #6212222
Jeffrey C. Blumenthal Chartered
2970 Maria Avenue, Suite 223
Northbrook, Illinois 60062
Telephone: (847) 498-3220
Facsimile: (847) 498-3221
E-mail:jcblaw@Ameritech.net